IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| TRADE WEST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ORIENTAL TRADING COMPANY, INC.,<br><br>Defendant. | CIVIL NO. 05-00149 DAE-LEK |

**ORDER OF DISMISSAL**

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

DATED at Honolulu, Hawai'i, July 23, 2007.

David Alan Ezra
United States District Judge